```
♦PROB 12C
(12/04)
```

# UNITED STATES DISTRICT COURT

for

## District of Northern Mariana Islands

FILED
Clerk
District Court

JAN 10 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Vincent David Cabrera, Jr. | Case Number: CR 03-00019-001 |
| Name of Sentencing Judicial Officer: The Honorable Alex R. Munson | |
| Date of Original Sentence: August 5, 2004 | |

Original Offense: Distribution and Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1)

Original Sentence: 21 months incarceration and three years supervised release with the following conditions: The defendant shall not commit any federal, state, or local crime; the defendant shall not use or possess illegal controlled substances and shall submit to one urinalysis test within 15 days of release from custody and two more urinalyses thereafter; the defendant shall comply with the standard conditions of supervised release set forth by the U.S. Sentencing Commission; the defendant shall not possess a firearm or other dangerous weapon; the defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; and the defendant shall perform 300 hours of community service. Additionally, he was ordered to pay a $100 special assessment fee. Conditions were **modified on February 9, 2006** to include that the defendant submit to no more than eight drug tests per month.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | October 14, 2005 |
| Assistant U.S. Attorney: | Craig Moore | Defense Attorney: | G. Anthony Long |

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Arrest for Trafficking of a Controlled Substance and Possession of a Controlled Substance, in violation of 18 U.S.C. §3583(d). |

Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

  [X] revoked.

  [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*Please see attached Declaration in Support of Petition,*
*Re: Violations of Supervised Release Conditions; Request for a Summons,*
*submitted by U.S. Probation Officer Melinda N. Brunson.*

Reviewed by:

I declare under penalty of perjury that
the foregoing is true and correct.

_____
GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

Date: January 10, 2008

_____
MELINDA N. BRUNSON
U.S. Probation Officer

Executed on: 1/10/08

---

THE COURT ORDERS:

[ ] No action.

[X] The issuance of a warrant. *for 1-15-08 @ 9:00 a.m.*

[ ] The issuance of a summons.

[ ] Other.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

1-10-08
Date

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00019-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) DECLARATION IN SUPPORT OF PETITION | |
| vs. | ) | |
| | ) | |
| VINCENT D. CABRERA JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:** Violations of Supervised Release Conditions; Request for a Summons

I, U.S. Probation Officer Melinda N. Brunson, am the U.S. Probation Officer temporarily assigned to supervise the Court-ordered conditions of supervised release for Vincent D. Cabrera Jr. during the absence of his assigned officer, U.S. Probation Officer Margarita Wonenberg, and in that capacity declare as follows:

On August 5, 2004, Vincent D. Cabrera Jr. was sentenced to 21 months of imprisonment followed by three years of supervised release for the offense of Distribution and Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1). His term of supervised release began on October 14, 2005. Mr. Cabrera is alleged to have committed the following, in violation of 18 U.S.C. §3583(d):

**Special Condition:** *The defendant shall not commit any federal, state, or local crime.*

On December 31, 2007, Mr. Cabrera was arrested by Department of Public Safety (DPS) Detective Peter Camacho pursuant to an arrest warrant. Mr. Cabrera is charged with the offenses of Trafficking of a Controlled Substance and Possession of a Controlled Substance, in violation of Title Six of the Commonwealth Code, Sections 2141 and 2142. Mr. Cabrera is currently being held at the Department of Corrections on a $100,000 bond.

DECLARATION IN SUPPORT OF PETITION
Violations of Supervised Release Conditions; Request for a Summons
Re:   CABRERA, Vincent D. Jr.
Criminal Case No. 03-00019-001
January 10, 2008
Page 2

DPS investigative documents in case number 07-9611 outlined the offense as follows:

On September 20, 2007, a cooperating source (CS) informed Detective Camacho that a male individual identified as Vincent Cabrera offered to sell him/her crystal methamphetamine, aka "ice." Cabrera allegedly told the CS that "ice" was available for purchase at any time. On that same day, DPS officers and a team of DEA Task Force Officers followed the CS to Cabrera's residence in Koblerville. Officers monitored while the CS placed an order for $200 worth of "ice." Cabrera told the CS to meet him near the U.S. Post Office in Chalan Kanoa. The surveillance team followed the CS to the parking lot of the Moon Night Club in Chalan Kanoa. A short time later, Cabrera was observed driving up to the CS's car. Cabrera entered the CS's car, at which time the drugs and money exchanged hands. The surveillance team observed Cabrera exit the CS's car and drive away in his personal vehicle. The CS then met the surveillance at a prearranged location and relinquished a plastic bag containing a crystalline substance. The substance was sent to the DEA Southwest Laboratory in Vista, California and found to be 0.20 grams of Methamphetamine HCl, with a 97.9% purity level.

**Supervision Compliance**: Mr. Cabrera has otherwise been compliant with the conditions of his supervision. On August 5, 2004, he paid his $100 special assessment fee. On November 8, 2005, he submitted to the collection of a DNA sample. On December 7, 2005, he completed his three mandatory drug tests. On November 28, 2006, he successfully completed a year-long drug counseling and testing program. Mr. Cabrera submits his monthly reports as required and prior to his arrest, was gainfully employed as a runner for the Saipan Health Clinic in Chalan Kiya. Mr. Cabrera has completed 260 hours of community service, and has an outstanding balance of 40 hours.

**Recommendation**: This Probation Officer respectfully requests that the Court issue a Summons for Vincent D. Cabrera Jr. to appear at a hearing scheduled by the Court, and during that hearing, he be held to answer or show cause why supervised release in this case should not be revoked, or for any reason or cause which the Court may deem just and proper pursuant to 18 U.S.C. § 3583.

Executed this _10th_ day of January 2008, at Saipan, MP, in conformance with the provisions of 28 U.S.C. § 1746.

DECLARATION IN SUPPORT OF PETITION
Violations of Supervised Release Conditions; Request for a Summons
Re:　CABRERA, Vincent D. Jr.
Criminal Case No. 03-00019-001
January 10, 2008
Page 3

    I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

                    Respectfully submitted,

                    ROSSANNA VILLAGOMEZ-AGUON
                    Chief U.S. Probation Officer

By:   _____
       MELINDA N. BRUNSON
       U.S. Probation Officer

Reviewed by:

_____
GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

cc:    Craig Moore, Assistant United States Attorney
        G. Anthony Long, Defense Attorney
        File

# VIOLATION WORKSHEET

1. Defendant __Vincent David Cabrera Jr.__
2. Docket Number (Year-Sequence-Defendant No.) __Criminal 03-00019-001__
3. District/Office __Northern Mariana Islands__
4. Original Sentence Date __08__ / __05__ / __04__
   month / day / year

(If different than above):

5. Original District/Office __N/A__
6. Original Docket Number (Year-Sequence-Defendant No.) __N/A__
7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • Arrest for Trafficking of a Controlled Substance and Possession of a Controlled Substance. | A |
| • | |
| • | |
| • | |

8. Most Serious Grade of Violation [see §7B1.1(b)] — **A**
9. Criminal History Category [see §7B1.4(a)] — **I**
10. Range of Imprisonment [see §7B1.4(a)] — **12 to 18 months**
11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[ ] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[X] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Defendant:    **Vincent David Cabrera Jr.**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | N/A | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | N/A |
    | Other | 40 hours community service | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: _____ to _____ years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment [see 18 U.S.C. §3583(e) and §7B1.3(g)(2)].

    Period of supervised release to be served following release from imprisonment:    18 - 24 months

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    None.

15. **Official Detention Adjustment** (see §7B1.3(e)):    0   months    0   days