◆AO 442  (Rev. 5/93)  Warrant for Arrest

# United States District Court
## District of the Northern Mariana Islands

UNITED STATES OF AMERICA

V.

VINCENT DAVID CABRERA, JR.

**WARRANT FOR ARREST**

CASE NUMBER: CR-03-00019

FILED
Clerk
District Court

JAN 1 4 200?

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____VINCENT DAVID CABRERA, JR._____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☑ Probation Violation Petition

charging him or her with  (brief description of offense)

Violation No.   Nature of Noncompliance
   1            Arrest for Trafficking of a Controlled Substance and Possession of a Controlled
                Substance, in violation of 18 U.S.C. §3583(d)

RECEIVED
JAN 14 2008
US MARSHALS SERVICE-CNMI

in violation of Title ___18___ United States Code, Section(s) ___3583(d)___

Alex R. Munson
Name of Issuing Officer

[signature] Alex R. Munson
Signature of Issuing Officer

Chief Judge
Title of Issuing Officer

January 14, 2008    Garapan, Saipan
Date and Location

[signature]
Bail fixed at $ __NO BAIL__  by  Honorable, Alex R. Munson, Chief Judge
                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Saipan, MP
Dan Dan Village; Serena Ave. (Mother's Residence)

| DATE RECEIVED  1-14-08 | NAME AND TITLE OF ARRESTING OFFICER  W. M. Calvert  CIDUSM D/NMI | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST  1-14-08 | | |