FILED
Clerk
District Court

JAN 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 03-00019 |
| ) | |
| Plaintiff ) | NOTICE OF |
| ) | ORDER IMPOSING |
| v. ) | ADDITIONAL CONDITIONS |
| ) | OF RELEASE PENDING |
| VINCENT D. CABRERA, JR., ) | PROBATION VIOLATION |
| ) | HEARING |
| Defendant ) | |

THIS MATTER came before the court on Tuesday, January 15, 2008, for a probation violation hearing. Plaintiff appeared by and through its attorney, Assistant U.S. Attorney Eric O'Malley; defendant appeared personally and by and through his attorney, Kelley Butcher.

Defendant having denied the allegations of violation of his probation,

AO 72
(Rev. 08/82)

IT WAS ORDERED that a probation violation hearing be set for Friday, January 18, 2008, at 1:30 p.m.; and,

IT WAS FURTHER ORDERED that, in addition to the existing conditions of supervised release, which remain in full force and effect, defendant shall:

1. Submit to random drug testing and refrain from the use of controlled substances and alcohol;

2. Have a curfew of 8:00 p.m. to 6:00 a.m. daily, beginning immediately;

3. Report to his Probation Officer whenever directed to do so;

4. Appear in court as required and surrender to the authorities if so required;

5. Maintain his residence; and,

6. Submit to the third-party custody of his mother, Ida Cabrera.

DATED this 15th day of January, 2008.

_____
ALEX R. MUNSON
Judge