F I L E D
Clerk
District Court

JAN 1 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 03-00019 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER GRANTING |
| v. | ) | DEFENDANT'S MOTION |
| | ) | TO CONTINUE |
| VINCENT D. CABRERA, JR., | ) | PROBATION VIOLATION |
| | ) | HEARING |
| Defendant | ) | |
| _____ | ) | |

BASED UPON the motion of defendant and the representations contained therein, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the probation violation hearing set for this afternoon is continued to **Wednesday, January 23, 2008, at 2:00 p.m.**

DATED this 18th day of January, 2008.

_/s/ Alex R. Munson_
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)