UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

***

CR- 03-00019-001                                                        January 23, 2008
                                                                        1:50 p.m.

**UNITED STATES OF AMERICA -v- VINCENT D. CABRERA, JR. aka "Bong"**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           TINA MATSUNAGA, Deputy Clerk
           ERIC O'MALLEY, Assistant U. S. Attorney
           KELLEY BUTCHER, Court Appointed Counsel for Defendant
           VINCENT D. CABRERA, JR., Defendant

PROCEEDING:    VIOLATION HEARING

Defendant was present with his counsel, Attorney Kelley Butcher. Government by Eric O'Malley, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

The Court discussed with the parties regarding the CNMI Superior Court charges against the defendant.

The Court continued the Violation Hearing to Thursday, February 28, 2008 at 10:30 a.m. Motions shall be filed no later than February 1, 2008, any opposition by February 15, 2008, and replies, if any, by February 22, 2008.

The defendant was remanded into the custody of the U.S. Marshal.

Adj. 2:00 p.m.

/s/ Tina Matsunaga, Courtroom Deputy