F I L E D
Clerk
District Court

JAN 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00019 |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | ORDER CONTINUING |
| | ) | VIOLATION HEARING |
| VINCENT DAVID CABRERA, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Court on February 23, 2008 at 1:45 p.m. for a Violation Hearing. Assistant U.S. Atttorney Eric O'Malley appeared on behalf of the government. Attorney Kelley Butcher appeared with the defendant.

Based on the issues presented before the Court, the Violation Hearing in this matter is continued to Thursday, February 28, 2008 at 10:30 a.m.

IT IS FURTHER ORDERED that motions shall be filed no later than February 1, 2008, any opposition by February 15, 2008, and replies, if any, by February 22, 2008.

Dated this 23rd day of January, 2008.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)