LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
District of the Northern
     Mariana Islands
Horiguchi Bldg.; Ste. 300
P.O. Box 500377
Saipan, MP  96950

Tel:  (670) 236-2980
Fax: (670) 236-2985

Attorneys for the UNITED STATES

# UNITED STATES DISTRICT COURT
## DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,   ) | |
|       ) | Case No.: No. 03-00019 |
|       Plaintiff,   ) | |
|       ) | **RESPONSE TO DEFENDANT'S** |
|    v.   ) | **MOTION FOR DISCLOSURE OF** |
|       ) | **CONFIDENTIAL INFORMANT** |
|       ) | |
| VINCENT D. CABRERA,   ) | Date:   February 20, 2008 |
|       ) | Judge:  Hon. Alex R. Munson |
|       Defendant.   ) | |

      The United States does not oppose Defendant's Motion for Disclosure of the confidential informant used in the investigation upon which the revocation proceeding is based.

                                     Respectfully Submitted,

                                     LEONARDO M. RAPADAS
                                     United States Attorney


                              _____/s/_____
                              CRAIG N. MOORE
                              Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25