F I L E D
Clerk
District Court

FEB 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT D. CABRERA,<br><br>　　　　Defendant.<br>_____/ | Criminal Action No. 03-0019<br><br>ORDER RE MOTION TO DISCLOSE CONFIDENTIAL INFORMANT |

　　NOW BEFORE the court is Defendant's Motion for Disclosure of Confidential Informant. Based upon the government's stipulated non-opposition to the disclosure filed with the court on February 20, 2008, the motion is HEREBY taken off calendar.

**IT IS SO ORDERED.**

Dated:　　　February 21, 2008

　　　　　　　　　　　　　　　　　　　　　_/s/ Alex R. Munson_
　　　　　　　　　　　　　　　　　　　　　ALEX R. MUNSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE