1    LEONARDO M. RAPADAS
     United States Attorney
2    ERIC S. O'MALLEY
     Assistant U.S. Attorney
3    Horiguchi Building, Third Floor
     P.O. Box 500377
4    Saipan, MP 96950
     Telephone:  (670) 236-2980
5    Telecopier:  (670) 236-2985

6    Attorneys for United States of America

7

8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN MARIANA ISLANDS
10

11   UNITED STATES OF AMERICA,        )      CRIMINAL CASE NO.  03-00019
                                      )
12                    Plaintiff,      )
                                      )
13                                    )
              vs.                     )      STIPULATION TO CONTINUE
14                                    )      VIOLATION HEARING; AND
     VINCENT D. CABRERA,              )      ORDER
15                                    )
                      Defendant.      )
16   _____)

17

18          The parties in the above entitled matter, the United States of America, and the defendant

19   through his counsel, Kelly Butcher, hereby stipulate and request that the violation hearing set for

20   February 28, 2008 at 10:30 a.m. be continued to Monday, March 3, 2008 at 9:00 a.m.  The reason

21   for the request is that defense counsel needs time to consult with her client and that government

22   counsel needs to put information together on the confidential informant..

     //
23
     //
24
     //
25
     //
26
     //
27
     //
28

FILED
Clerk
District Court

FEB 2 3 2008

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

1  //

2      SO STIPULATED.

3                                          LEONARDO M. RAPADAS
                                           United States Attorney
4                                          Districts of Guam and NMI

5

6  *2·27·08*
   Date                                    ERIC S. O'MALLEY
7                                          Assistant U.S. Attorney

8  *2-27-08*

9  Date                                    KELLY BUTCHER
                                           Attorney for Defendant
10

11

12                      * * * O R D E R * * *

13

14      **IT IS APPROVED AND SO ORDERED** that the violation hearing set for

15  February 28, 2008, at 10:30 is continued to March 3, 2008, at 9:00 a.m.

16

17

18  *2-28-08*
   Date                                    HONORABLE ALEX R. MUNSON
19                                         JUDGE

20

21

22

23

24

25

26  **RECEIVED**

27  FEB 2 7 2008

28                                    2
                          Clerk
                        District Court
               The Northern Mariana Islands