UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR- 03-00019-001                                       March 4, 2008
                                                       9:05 a.m.

**UNITED STATES OF AMERICA -v- VINCENT D. CABRERA, JR. aka "Bong"**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Courtroom Deputy
           ERIC O'MALLEY, Assistant U. S. Attorney
           KELLEY BUTCHER, Court Appointed Counsel for Defendant
           VINCENT D. CABRERA, JR., Defendant

PROCEEDING:   VIOLATION HEARING

Defendant was present with his counsel, Attorney Kelley Butcher. Government by Eric O'Malley, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

Defendant was sworn and advised of his rights.

Defendant *admitted* to the violation.

Government made their recommendation to the Court. Defense counsel recommended that the defendant serve a sentence of incarceration of no more than the remaining time left on his supervised release.

Court, after hearing all argument and testimony, ordered that the defendant's supervised release be revoked and that he be sentenced to a term of **12 Months** imprisonment. While incarcerated the defendant shall participate in a substance abuse program approved by the Bureau of Prisons. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **24 months** with the following conditions:

1.   The defendant shall not commit another federal, state, or local crime;

2.   The defendant shall not possess, use, distribute, or administer any controlled substances and that he shall submit to one urinalysis 15 days after release from imprisonment and to two more urinalysis thereafter, not to exceed eight drug tests per month at the direction of the U.S. Probation Office;

3.   The defendant shall comply with the standard conditions of supervised release as set forth by this Court;

4. The defendant shall be prohibited from possessing a firearm or other dangerous weapon, as defined by federal, state, or local law, and shall not have such weapon at his residence;

5. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether he has reverted to the use of drugs or alcohol;

6. The defendant shall refrain from any and all alcohol during his supervised release;

7. The defendant shall obtain and maintain gainful employment; and

8. The defendant shall complete 100 hours of community service under the direction of the U.S. Probation Office.

Defense counsel requested that the defendant not be incarcerated immediately and that he be allowed to attend the funeral services of his Aunt who recently passed away. Court granted the motion with the following condition. That the defendant be allowed to attend the service from 6:00 a.m. until noon on Saturday. The family will be responsible for the payment of the U.S. Marshals fees for escorting him to and from the funeral.

The defendant was remanded into the custody of the U.S. Marshal.

Adjourned at 9:30 a.m.

K. Lynn Lemieux, Courtroom Deputy