```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   MAR -6 2008

                                              For The Northern Mariana Islands
                                              By_____
                                                      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,          )<br>                             )<br>   v.                        )<br>                             )<br>                             )<br>VINCENT D. CABRERA, JR.,     )<br>                             )<br>         Defendant.          )<br>_____) | Criminal Case No. 03-00019<br><br><br>ORDER FOR SPECIAL PRODUCTION<br>OF PRISONER |

TO:  U.S. Marshals Service, Districts of Guam and the N.M.I.
CC:  C.N.M.I. Department of Corrections

     This Court finds that Vincent D. Cabrera, Jr. is now in the custody of the U.S. Marshals Service at the C.N.M.I. Department of Corrections facility. The Court hereby orders that the prisoner may attend the funeral services of Lourdes Cabrera Deleon Guerrero at Mount Carmel Cathedral, Susupe, Saipan, on March 8, 2008, between the hours of 7:30 AM and Noon, provided the below terms and procedures, as mandated by the U.S. Marshals Service and Bureau of Prisons, are followed:

    1.    A security check with local law enforcement and the arresting agency will be made to determine if any family member or associate is a fugitive, or if such persons would pose a threat to the prisoner or the Marshals;

    2.    The U.S. Marshals Service shall have conducted an "advance" of the destination;

    3.    ~~The prisoner shall remain fully restrained;~~ *[initialed]*

    4.    The visit may take place at any time during the above-defined period, but in no event shall exceed two hours;

5. The private viewing or visitation will be limited to the prisoner, the transporting deputies, the funeral director, and the deceased;

6. The visit may be terminated at any time if conditions indicate a safety or security risk;

7. The prisoner will be escorted by a minimum of two Deputy Marshals at all times and additional deputies at the discretion of district management;

8. The prisoner or his family will bear all costs associated with the prisoner's production; and

9. The prisoner agrees to and comports with any and all additional security requirements as may be determined by the U.S. Marshals Service, U.S. Bureau of Prisons, or the C.N.M.I. Department of Corrections.

Under the terms and conditions described, **IT IS HEREBY ORDERED** that the U.S. Marshal for the Districts of Guam and the Northern Mariana Islands, or his authorized agent, shall produce and transport Vincent D. Cabrera, Jr. to Mount Carmel Cathedral, Susupe, Saipan, on March 8, 2008, between the hours of 7:30 AM and Noon, and shall thereafter return said prisoner to his place of confinement. Should the prisoner choose not to attend said funeral, this Order shall be considered void.

DATED this 6th day of March 2008.

ALEX R. MUNSON
Chief Judge